JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK ROBERT SMITH,<br><br>           Petitioner,<br><br>           v.<br><br>HARRY OREOL,<br><br>           Respondent. | Case No. CV 17-5943-JFW (KK)<br><br>JUDGMENT |

Pursuant to the Order Accepting Amended Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is DENIED and this action is DISMISSED without prejudice.

Dated: December 19, 2018

                                                 HONORABLE JOHN F. WALTER
                                                 United States District Judge